1 | JARED M. TOFFER, SBN 223139
    *jtoffer@ftrlfirm.com*
2 | LINDSAY A. ARAGON, SBN 254537
    *laragon@ftrlfirm.com*
3 | **FINLAYSON TOFFER ROOSEVELT & LILLY LLP**
4 | 15615 Alton Parkway, Suite 250
    Irvine, CA 92618
5 | Telephone: 949.759.3810
    Facsimile: 949.759.3812
6 |
7 | Attorneys for Defendant
    LOANME, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CASTANON, | CASE NO. 2:17-cv-06993-RGK-RAO |
| Plaintiff, | **DEFENDANT LOANME, INC.'S COUNTERCLAIM AGAINST PLAINTIFF CYNTHIA CASTANON FOR (1) BREACH OF CONTRACT; AND (2) MONEY HAD AND RECEIVED** |
| v. | |
| LOANME, INC., | |
| Defendant. | Complaint Filed: September 21, 2017 |

Defendant LoanMe, Inc. ("Defendant" or "LoanMe") alleges for its Counterclaims against Plaintiff Cynthia Castanon ("Plaintiff" or "Castanon") as follows:

## I. INTRODUCTION

1. In or about January 2016, Castanon successfully applied to obtain a $16,000 loan from LoanMe.

2. On or about January 5, 2016, Castanon made and delivered to LoanMe a promissory note in the principal sum of $16,0000 (the "Note"), a true and correct copy of which is attached hereto as Exhibit A and incorporated herein.

3. The consideration set forth in the Note was fair and reasonable.

4. On or about January 6, 2016, LoanMe advanced the loan proceeds to Castanon in accordance with the terms of the Note.

5. Castanon made a few payments on the Note, defaulted and has not otherwise satisfied her obligations under the Note. Accordingly, Castanon has breached the Note.

## II. JURISDICTION AND VENUE

6. Jurisdiction of this court arises under 28 U.S.C. § 1367, as Defendant's claims are so related to Plaintiff's claims in this action that they form part of the same case or controversy under Article III of the United States Constitution. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) in that a substantial part of the events or omissions giving rise to the claim occurred in this District.

## FIRST COUNTERCLAIM
### (Breach of Written Contract)

7. LoanMe and Castanon entered into a written agreement on or about January 5, 2016, whereby LoanMe lent Castanon $16,000, and Castanon promised to repay those funds pursuant to the terms of the Note.

8. LoanMe has performed all conditions, covenants, and promises required by it to be performed in accordance with the terms and conditions of the Note.

9. LoanMe made demand for payment under the Note and/or was excused from doing so, but Castanon refused, and still refuses, to satisfy her obligations under the Note.

10. LoanMe is entitled to the unpaid principal on the Note, which is currently $15,750.17.

11. LoanMe is also entitled to interest on the unpaid principal amount at the Note rate pursuant to the terms of the Note.

12. LoanMe is also entitled to late fees pursuant to the terms of the Note.

13. The Note provides that the borrower shall pay, in the event of default, the costs of collection, including reasonable attorney's fees. As such, LoanMe is entitled to an award of its reasonable attorney's fees pursuant to the terms of the Note.

## SECOND COUNTERCLAIM
### (Money Had and Received)

14. LoanMe realleges and incorporates by reference each and every allegation contained in paragraphs 1 through 13 above.

15. On January 5, 2016, Castanon became indebted to LoanMe in the sum of $16,000 for money loaned by LoanMe to Castanon at her request.

16. Castanon is in default on the loan and currently owes LoanMe the sum of $15,750.17, plus interest.

**WHEREFORE**, LoanMe demands an award in its favor and against Castanon as follows:

1. For the principal sum of $15,750.17, together with interest thereon at the Note rate until the award date, and late fees under the Note;

2. For reasonable attorney's fees under the Note;

3. For compensatory damages;

4. For LoanMe's costs; and

5. For such other and further relief as the Court may deem just and proper.

DATED: October 20, 2017

FINLAYSON TOFFER
ROOSEVELT & LILLY LLP

By: */s/ Jared M. Toffer*
       Jared M. Toffer

Attorneys for Defendant
LOANME, INC.

# EXHIBIT A

# LOANME, INC. PROMISSORY NOTE AND DISCLOSURE STATEMENT

| Loan No.: | 803224 | Date of Note: | January 05, 2016 |
|---|---|---|---|
| | | Expected Funding Date: | January 06, 2016 |
| Lender: | LoanMe, Inc. | Borrower: | CYNTHIA CASTANON |
| Address: | 1900 S. State College Boulevard Suite 300 Anaheim, CA 92806 | Address: | 9410 MAYNE ST BELLFLOWER, CA 90706 |

In this Promissory Note and Disclosure Statement ("Note"), the words "you" and "your" mean the person signing as a borrower. "We," "us,", and "our," mean LoanMe, Inc. and any subsequent holder of this Note.

**TRUTH IN LENDING ACT DISCLOSURE STATEMENT**

| ANNUAL PERCENTAGE RATE *The cost of your credit as a yearly rate* | FINANCE CHARGE *The dollar amount the credit will cost you* | AMOUNT FINANCED *The amount of credit provided to you* | TOTAL OF PAYMENTS *The amount you will have paid after all payments are made as scheduled* |
|---|---|---|---|
| **29.61 %** | **$37,754.60** | **$10,720.00** | **$48,474.60** |

| PAYMENT SCHEDULE |
|---|
| One payment of $218.40 on February 01, 2016. |
| 180 monthly payments of $268.09 beginning on March 01, 2016. |

**Late Charge:** If a payment is more than 15 days late, you will be charged $15.00.

**Prepayment:** If you pay off this loan early, you will not have to pay any penalty.

Please see the remainder of this document for additional information about nonpayment, default and any required repayment in full before the scheduled date.

### ITEMIZATION OF AMOUNT FINANCED

| Amount Financed: | $10,720.00 |
|---|---|
| | |

| | |
|---|---|
| Amount Paid to Borrower Directly: | $10,720.00 |
| Prepaid Finance Charge/Origination Fee: | $5,280.00 |

*This Note is in original format an electronic document fully compliant with the Electronic Signatures in Global and National Commerce Act (E-SIGN) and other applicable laws and regulations, and that the one, true original Note is retained electronically by us. All other versions hereof, whether electronic or in tangible format, constitute facsimiles or reproductions only.*

FOR VALUE RECEIVED, you promise to pay to the order of LoanMe, Inc., or any subsequent holder of this Note the sum of **$16,000.00**, together with interest calculated at **18.90 %** and any outstanding charges or late fees, until the full amount of this Note is paid.

Your payments will be applied first to any outstanding charges or late fees, then to earned interest and finally to principal. The payment schedule disclosed above is only an estimate and may change in the event you do not make all payments as scheduled.

Your interest is calculated on a 360/360 simple interest basis. This means that interest is calculated by dividing the annual Interest Rate disclosed above by 360, multiplying that number by the outstanding principal balance, and multiplying that number by the number of days the principal balance is outstanding, assuming that each full month is comprised of 30 days.

You may prepay all or any part of the principal at any time without penalty.

You will be subject to a fee of $15 if any payment you make is returned for non-sufficient funds.

You agree that all payments not made within fifteen (15) days of the due date shall be subject to a late fee of $15.00.

The origination fee included in the prepaid finance charge/origination fee disclosed above is fully earned upon loan origination, and is not subject to rebate upon prepayment or acceleration of this Note and is not considered interest.

This Note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State of California.

You have previously consented to receive all communications from us, including but not limited to, all required disclosures via electronic mail. This means that all communications from us will be delivered in electronic form.

You understand and agree that we may obtain credit reports on you an ongoing basis as long as this loan remains in effect. You also authorize us to report information concerning your account to credit bureaus.

You understand that, from time to time, we may monitor or record telephone calls between you and us. You hereby consent to have your calls monitored or recorded.

You agree that in the event we need to contact you to discuss your account or the repayment of your loan, we may telephone you at any number, including any cell phone number provided or obtained, and that we may leave an autodialed or prerecorded message or use other technology to make that contact or to communicate to you the status of your account. You may cancel this consent by providing us with notice.

A married or registered domestic partner applicant may apply for a separate account. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be

submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. If we take any adverse action as defined by Section 1785.3 of the California Civil Code and the adverse action is based, in whole or in part, on any information contained in a consumer credit report, you have the right to obtain within 60 days a free copy of your consumer credit report from the consumer reporting agency who furnished us your consumer credit report and from any other consumer credit reporting agency which compiles and maintains files on consumers on a nationwide basis. You have the right as described by Section 1785.16 of the California Civil Code to dispute the accuracy or completeness of any information in a consumer credit report furnished by the consumer credit reporting agency.

This Agreement encompasses the entire agreement of the parties, and supersedes all previous understandings and agreements between the Parties, whether oral or written. Any modifications to this Agreement must be made in writing and signed by both parties.

If you fail to make any payment due under this Note, we shall have the right, after a 30-day grace period, to declare this Note to be immediately due and payable. If you file for an assignment for the benefit of creditors, bankruptcy, or for relief under any provisions of the United States Bankruptcy Code, we shall have the right to declare this Note to be immediately due and payable.

In the event that we are required to employ an attorney at law to collect any amounts due under this Note, you will be required to pay the reasonable fees of such attorney to protect our interest or to take any other action required to collect the amounts due hereunder.

**Payments.** You have previously authorized and requested us to initiate an automated clearinghouse or other electronic funds transfer ("EFT") from the bank account identified on your Application (the "Bank Account") to make each payment required hereunder on the day it is due. You also authorize us to initiate an EFT to or from the Bank Account to correct any erroneous payment and, in the event any EFT is unsuccessful, to attempt such payment up to two additional times. You understand that unsuccessful EFTs may result in charges by your bank, and you agree that we are not liable for such charges. We will notify you 10 days prior to any given transfer if the amount to be transferred varies by more than $50 from your regular payment amount. You also authorize us to withdraw funds from your account on additional days throughout the month in the event you are delinquent on your loan payments. Your request and authorization for us to initiate EFTs is entirely voluntary, and you may terminate this authorization by notifying us in writing via fax (844-904-7368) or email (customer.service@LoanMe.com) soon enough to allow us a reasonable opportunity to act on your termination (generally at least three business days in advance). You may also cancel by notifying your financial institution orally or in writing at least three business days before the scheduled date of any transfer.

By signing this promissory note, you also authorize us to obtain payments from your Bank Account by creating and processing paper checks (each a "Check") in place of initiating any or all of the EFTs described above. Each Check will be in the amount of the payment that would have been initiated as an EFT, and each Check will be deposited by us for processing on or after the same day that the payment would have been initiated as an EFT. We will type your name in the signature line of each Check, and you agree that your typed name constitutes your authorized signature. You acknowledge that an electronic image of each Check may be created and processed as a substitute check pursuant to the Check 21 Act. If you terminate your EFT authorization as described above, this authorization to create Checks will also terminate.

| | |
|---|---|
| ✓ | YOU CERTIFY THAT NO PERSON HAS PERFORMED ANY ACT AS A BROKER IN CONNECTION WITH THE MAKING OF THIS LOAN. |
| ✓ | YOU CERTIFY THAT YOU HAVE READ AND UNDERSTAND THE AMORTIZATION SCHEDULE ON THIS LOAN. Click here to view. |

| ☑ | **YOU HAVE READ ALL OF THE TERMS AND CONDITIONS OF THIS PROMISSORY NOTE AND DISCLOSURE STATEMENT AND AGREE TO BE BOUND BY ITS TERMS. YOU UNDERSTAND AND AGREE THAT YOUR EXECUTION OF THIS NOTE SHALL HAVE THE SAME LEGAL FORCE AND EFFECT AS A PAPER CONTRACT.** |
|---|---|

This Loan Is Made Pursuant To The California Finance Lender Law, Division 9 (commencing with Section 22000) of the Financial Code. **FOR INFORMATION, CONTACT THE DEPARTMENT OF BUSINESS OVERSIGHT, STATE OF CALIFORNIA, LICENSE NO. 603-K061.**

# PROOF OF SERVICE

I am over the age of eighteen years and am not a party to the within action. I am employed in the County of Orange, State of California, at the law offices of Finlayson Toffer Roosevelt & Lilly LLP, members of the bar of this Court. My business address is 15615 Alton Parkway, Suite 250, Irvine, CA 92618. On October 20, 2017, I served ☑ a true copy / ☐ an original of the foregoing document(s) described as:

**DEFENDANT LOANME, INC.'S COUNTERCLAIM AGAINST PLAINTIFF CYNTHIA CASTANON FOR (1) BREACH OF CONTRACT; AND (2) MONEY HAD AND RECEIVED**

___ **BY UNITED STATES MAIL**: I enclosed the document(s) in a sealed envelope or package to the parties on the attached Service List and placed it for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

✓ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: Pursuant to controlling General Orders, a true copy will be served by the Court via Notice of Electronic Filing ("NEF") and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the parties on the attached Service List are on the Electronic Mail Notice List to receive NEF transmission at the electronic mail addresses noted.

___ **BY OVERNIGHT DELIVERY**: I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the parties on the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

___ **BY ELECTRONIC MAIL**: I caused the document(s) to be sent to the parties on the attached Service List at the electronic mail addresses listed.

___ **BY FACSIMILE**: I faxed the document(s) to the parties on the attached Service List at the fax numbers listed. No error was reported by the fax machine that I used. A fax transmission record was printed, a copy of which is maintained by this office.

___ **BY MESSENGER SERVICE**: I provided the document(s) to a professional messenger service for delivery to the parties on the attached Service List.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on October 20, 2017.

*/s/ Barbara M. Mendoza*
Barbara M. Mendoza

Case Title: <u>Cynthia Castanon v. LoanMe, Inc.</u>
USDC Case No.: 2:17-cv-06993

## SERVICE LIST

<u>BY NEF</u>

- **Jared M. Toffer**
  jtoffer@ftrlfirm.com, bmendoza@ftrlfirm.com
- **Lindsay A. Aragon**
  laragon@ftrlfirm.com
- **Stuart Price**
  stuart@pricelawgroup.com