1  JARED M. TOFFER, SBN 223139
   *jtoffer@ftrlfirm.com*
2  LINDSAY A. ARAGON, SBN 254537
   *laragon@ftrlfirm.com*
3  **FINLAYSON TOFFER ROOSEVELT & LILLY LLP**
4  15615 Alton Parkway, Suite 250
   Irvine, CA 92618
5  Telephone: 949.759.3810
   Facsimile: 949.759.3812
6
7  Attorneys for Defendant
   LOANME, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CASTANON,<br><br>          Plaintiff,<br><br>  v.<br><br>LOANME, INC.,<br><br>          Defendant. | CASE NO. 2:17-cv-06993-RGK-RAO<br><br>Hon. R. Gary Klausner<br>Hon. Rozella A. Oliver, Magistrate Judge<br><br>**[DISCOVERY MATTER]**<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br><br>Complaint Filed:   September 21, 2017<br>Pretrial Conference: September 17, 2018<br>Trial Date:          October 2, 2018 |

Having reviewed the Stipulated Protective Order entered into by and between Plaintiff Cynthia Castanon ("Plaintiff") and Defendant LoanMe, Inc. ("LoanMe"), and for good cause shown, it is hereby ordered that the Stipulated Protective Order is GRANTED.

**IT IS SO ORDERED.**

DATED: May 2, 2018

_____
Honorable Rozella A. Oliver
United States Magistrate Judge