Stuart M. Price, CA #150439
stuart@pricelawgroup.com
PRICE LAW GROUP, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5564
Attorneys for Plaintiff,
Cynthia Castanon

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CASTANON,<br><br>Plaintiff,<br><br>v.<br><br>LOANME, INC.,<br><br>Defendant. | Case No.: 2:17-cv-06993-RGK-RAO<br><br>**NOTICE OF STAY PROCEEDINGS UNDER 11 U.S.C. § 362.** |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

The Plaintiff, Cynthia Castanon, has filed for Chapter 7 Bankruptcy protection, case no. 2:18-bk-18113. Pursuant to 11 U.S.C. § 362(a)(1), the Chapter 7 Bankruptcy filing imposes an automatic stay with regard to all parties. Plaintiff seeks a stay of Defendant's counterclaim. Since Plaintiff's claims are now property of the estate, Plaintiff further requests that her pending claims be stayed pending action by the Chapter 7 Trustee.

Respectfully submitted this 17th day of July 2018.

**PRICE LAW GROUP, APC**

By:/s/ Stuart M. Price
Stuart M. Price, CA #150439
Attorneys for Plaintiff Cynthia Castanon

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Florence Lirato*