**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CASTANON, | CASE NO. 2:17-cv-06993-RGK-RAO |
| Plaintiff(s), | |
| vs. | **ORDER REMOVING MATTER FROM** |
| LOAN ME, INC., | **COURT'S ACTIVE CASELOAD** |
| Defendant(s). | |

In light of the Notice of Stay Proceedings [24], filed on July 17, 2018, regarding the Chapter 7 Bankruptcy filed by plaintiff, the Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said proceedings and/or further order of this Court. Counsel are to properly motion this Court should they desire this matter placed back on active status.

**IT IS SO ORDERED.**

DATED: July 19, 2018

_____
**R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**