Stuart M. Price, CA #150439
stuart@pricelawgroup.com
PRICE LAW GROUP, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: 818.907.2030

*Attorneys for Plaintiff,*
*Cynthia Castanon*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CASTANON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LOANME, INC.,<br><br>　　　　Defendant. | Case No.: 2:17-cv-06993-RGK-RAO<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO LIFT STAY**<br><br>Date:　January 7, 2019<br>Time:　9:00 a.m.<br>Place:　Roybal Federal Building and U.S. Courthouse<br>　　　　255 East Temple Street<br>　　　　Los Angeles, CA 90012<br>　　　　Courtroom 850, 8th Floor |

**PLEASE TAKE NOTICE**, that on January 7, 2019 at 9:00 a.m. PST before the Honorable R. Gary Klausner located at Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850, 8th Floor, Plaintiff Cynthia Castanon ("Plaintiff"), by and through counsel of record, will move this Court for an Order lifting the Stay in this matter, which was entered on July 19, 2018. See, Dkt. No. 25. This Motion is being filed after the conference of counsel was held on -------, as per Local Rule 7-3. Plaintiff filed for Chapter 7 Bankruptcy protection, case no. 2:18-bk-18113. Plaintiff's Chapter 7 Bankruptcy was discharged on October 29, 2018. Plaintiff's Chapter 7 Bankruptcy was closed on October 29, 2018.

Based on the foregoing, Plaintiff respectfully requests the Court grant her Motion to Lift the Stay in this matter.

Respectfully submitted this 5th day of December 2018.

PRICE LAW GROUP, APC

By:*/s/ Stuart M. Price*
Stuart M. Price, CA #150439
stuart@pricelawgroup.com
T: 818.907.2030

*Attorneys for Plaintiff*
*Cynthia Castanon*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

By: */s/ Florence Lirato*
