NOTE: CHANGES MADE BY THE COURT

JS-5

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA CASTANON,<br><br>       Plaintiff,<br><br>  vs.<br><br>LOANME, INC.,<br><br>     Defendant. | Case No.: 2:17-cv-06993-RGK-RAO<br><br>[~~PROPOSED~~] ORDER |

After careful review of Plaintiff's Notice of Motion and Motion to Lift the Stay in this matter,

IT IS ORDERED, that Plaintiff's Motion to lift the stay is GRANTED.   The Pretrial Conference in this matter is set for April 1, 2019 at 9:00 a.m.; and an estimated 5-day Jury Trial is set for April 16, 2019 at 9:00 a.m.

Dated: January 10, 2019

_Gary Klausner_
_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE