L. Tegan Rodkey, CA #275830
tegan@pricelawgroup.com
PRICE LAW GROUP, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5564

Brian J. Brazier, CA #245004
brian@pricelawgroup.com
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5564

*Attorneys for Plaintiff*
*Cynthia Castanon*

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CASTANON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOANME, INC.,<br><br>　　　　　Defendant. | Case No.: 2:17-cv-06993-RGK-RAO<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal *with Prejudice* of this action, including all claims and counterclaims stated herein against all parties, with each party to bear their own attorneys' fees and costs.

Respectfully submitted this 19th day of February 2019.

1

STIPULATION FOR DISMISSAL

|     |     |
| --- | --- |
| 1   |     |
| 2   | **PRICE LAW GROUP, APC** |
| 3   | By: */s/ Brian J. Brazier*<br>Brian J. Brazier, CA #245004 |
| 4   | brian@pricelawgroup.com<br>L. Tegan Rodkey, CA 275830 |
| 5   | tegan@pricelawgroup.com |
| 6   | *Attorneys for Plaintiff*<br>*Cynthia Castanon* |

**PRICE LAW GROUP, APC**

By: */s/ Brian J. Brazier*
Brian J. Brazier, CA #245004
brian@pricelawgroup.com
L. Tegan Rodkey, CA 275830
tegan@pricelawgroup.com

*Attorneys for Plaintiff*
*Cynthia Castanon*

**FINLAYSON TOFFER**
**ROOSEVELT & LILLY LLP**

*By: /s/Jared M. Toffer*
Jared M. Toffer
jtoffer@ftrlfirm.com
Lindsay A. Aragon
laragon@ftrlfirm.com
15615 Alton Parkway, Suite 250
Irvine, CA 92618
Telephone:   949.759.3810
Facsimile:    949.759.3812

*Attorneys for Defendant*
*LOANME, INC.*

### ECF SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I, Brian J. Brazier, hereby certify that the content of this document is acceptable to Jared M. Toffer, counsel for Defendant LoanMe, Inc., and I have obtained his/her authorization to affix an electronic signature to this document.

February 20, 2019                                                  PRICE LAW GROUP, APC

By: */s/ Brian J. Brazier*

| | |
|---|---|
| 1 | **<u>CERTIFICATE OF SERVICE</u>** |
| 2 | I hereby certify that on February 20, 2019, I electronically filed the foregoing with |
| 3 | the clerk of the court using the ECF system, which will send notice of such filing to all |
| 4 | attorneys of record in this matter |
| 5 |    */s/Jacey Gutierrez* |
1  **CERTIFICATE OF SERVICE**

2  I hereby certify that on February 20, 2019, I electronically filed the foregoing with
3  the clerk of the court using the ECF system, which will send notice of such filing to all
4  attorneys of record in this matter
5    */s/Jacey Gutierrez*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL