JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CASTANON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOANME, INC.,<br><br>　　　　　Defendant. | **Case No.:** 2:17-cv-06993-RGK-RAO<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** |

　　　Upon review of the Parties' Stipulation for Dismissal *with Prejudice*, and good cause appearing,

　　　IT IS ORDERED that the Stipulation is GRANTED.

　　　The entire action, including all claims and counterclaims stated herein against all parties, is hereby Dismissed *with Prejudice*, with the parties to bear their own attorneys' fees, costs and expenses.

　　　IT IS SO ORDERED.

Dated: February 22, 2019

*Gary Klausner*
_____
Honorable R. Gary Klausner
United States District Judge